**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    : No. 414 EAL 2021
                                 :
                    Respondent    :
                                 :
                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
          v.                      :
                                 :
                                 :
ANTHONY SCARLET,                  :
                                 :
                    Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.